# MEMORANDUM CASES.

[Civ. No. 1529. First Appellate District.—July 12, 1915.]

NEAL PUBLISHING COMPANY, Respondent, v. WILL-
IAM McDEVITT et al., as Election Commissioners of the
City and County of San Francisco, Appellants.

MUNICIPAL CORPORATIONS — SAN FRANCISCO — CHARTER PROVISIONS —
PRINTING—HOURS OF LABOR—PRICE FOR WORK FOR CITY.—Judg-
ment affirmed on the authority of *Neal Publishing Company* v.
*Rolph*, 169 Cal. 190.

APPEAL from a judgment of the Superior Court of the
City and County of San Francisco. J. M. Seawell, Judge.

The facts are similar to those stated in *Neal Publishing
Company* v. *Rolph*, 169 Cal. 190, [146 Pac. 659].

Percy V. Long, City Attorney, J. F. English, Assistant
City Attorney, and George B. Benham, for Appellants.

W. B. Kollmyer, for Respondent.

THE COURT.—Upon the authority of the case of *Neal
Publishing Co.* v. *Rolph*, 169 Cal. 190, [146 Pac. 659], the
judgment is affirmed.